IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEOVANY PINEDA VILLEDA**, <br> *Petitioner,* <br><br> v. <br><br> **MARKWAYNE MULLIN**, Secretary of the Department of Homeland Security; **U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE**, Acting Attorney General of the United States; **THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; J.L. JAMISON,** Warden of Philadelphia Federal Detention Center, <br> *Respondents.* | **Civil No. 26-4049** |

## ORDER

**AND NOW**, this 26th day of June, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) of Geovany Pineda Villeda and all corresponding briefing, it is hereby **ORDERED** as follows:

1.      The petition is **GRANTED** for the reasons stated in the accompanying memorandum.

2.      Pineda Villeda is not subject to mandatory detention under 8 U.S.C. § 1225, and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a).

3.      The Government shall **RELEASE** Pineda Villeda from custody immediately and certify compliance with this Order on the docket no later than 5:00 p.m. on June 27, 2026.

4.      The Government is temporarily enjoined from re-detaining Pineda Villeda for seven days following his release from custody.

5.      If the Government chooses to pursue re-detention of Pineda Villeda after the seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

**BY THE COURT:**

_____
MARY KAY COSTELLO
United States District Judge