**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**GEOVANY PINEDA VILLEDA,**
*Petitioner,*

v.

**MARKWAYNE MULLIN**, Secretary of the Department of Homeland Security; **U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE**, Acting Attorney General of the United States; **THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; J.L. JAMISON,** Warden of Philadelphia Federal Detention Center,
*Respondents.*

**Civil No. 26-4049**

**ORDER**

**AND NOW**, this 25th day of November, 2026, upon consideration of the Respondents' Certification of Compliance (ECF No. 8), it is hereby **ORDERED** that the Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge